**This order is SIGNED.**

Dated: December 15, 2021





R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Jory L. Trease, #4929
Janci M. Lawes, #10102
JLT LAW
140 West 2100 South, Suite 212
Salt Lake City, Utah 84115
Telephone: (801) 596-9400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Case No. 18-23738 |
|---|---|---|
| | ) | |
| ANITA MEKKELSON and | ) | Chapter 13 |
| ROBERT MEKKELSON, | ) | |
| | ) | Honorable Judge R. Kimball Mosier |
| Debtors. | ) | |

**ORDER RE: OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR
NON-COMPLIANCE WITH CONFIRMATION ORDER, MOTION TO MODIFY
CONFIRMED PLAN IN ACCORDANCE WITH THE CARES ACT, MOTION TO
ABATE PLAN PAYMENTS AND REQUEST FOR ATTORNEY FEES**

A hearing on the Debtors' Objection to Trustee's Motion to Dismiss for Non-Compliance with Confirmation Order, Motion to Modify Confirmed Plan in Accordance with the CARES Act, Motion to Abate Plan Payments, and Request for Attorney Fees was scheduled on December 15, 2021 at 11:00 a.m. The Court, being fully advised in the premises and good cause appearing, hereby ORDERS the following:

1. That Trustee's recommendation for dismissal is denied and the Debtors' objection thereto

1

is sustained;

2. That the Debtors' Motion to Abate Plan Payments is granted, and the delinquent payments in the amount of $65,680 are abated;

3. That the Debtors' Motion to Modify Confirmed Plan is granted, and the plan term is extended until December, 2024;

4. That the Debtors shall resume plan payments with the March 25, 2022 payment;

5. That the Debtors must still pay the require return to non-priority, unsecured creditors of 100%;

6. That the Debtors shall file an amended budget and provide evidence of current income to evidence their ability to make ongoing payments to the Trustee no later than April 30, 2022;

7. That if any future payment is more than twenty-one (21) days delinquent, the case shall be dismissed without further notice or hearing upon application by the Chapter 13 Trustee;.and,

8. That Jory L. Trease, Esq., Inc. is allowed an administrative claim in the amount of $1,510.60 and that payment by the Trustee is authorized.

---------------------------------------------END OF DOCUMENT-------------------------------------------

COURT'S MAILING CERTIFICATE

I hereby certify that on the ____ day of _____, 2021, I mailed a true and correct copy of the foregoing Order to the following parties of interest:

Jory L. Trease, Esq., Inc. (Via ECF)
Attorney for Debtors

Lon Jenkins (Via ECF)
Chapter 13 Trustee

Anita and Robert Mekkelson
507 E Beachwood Dr
Draper, UT 84020

_____
Clerk, U.S. Bankruptcy Court